CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

SEP 2 8 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

JOHNATHAN LEE X SMITH,       )
     Plaintiff,       )       Civil Action No. 7:09-cv-00370
     )
v.       )       **FINAL ORDER**
     )
LAWRENCE WANG, <u>et al.</u>,       )       By: Samuel G. Wilson
     Defendants.       )       United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that this complaint is hereby **DISMISSED without prejudice** pursuant to 28 U.S.C. §1915(g) and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is **DIRECTED** to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

**ENTER**: This 28th day of September, 2009.

_____
United States District Judge